FILED
CLERK, U.S. DISTRICT COURT

FEB 10 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         )   Case No.: CR-11-386-GHK
              Plaintiff,          )
                                  )
      vs.                         )
                                  )   ORDER OF DETENTION AFTER HEARING
  Jose Marquez-Carillo            )   [Fed.R.Crim.P. 32.1(a)(6);
                                  )   18 U.S.C. 3143(a)]
              Defendant.          )
_____)

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>Central Dist. of CA</u> for alleged violation(s) of the terms and conditions of his/her [probation] [(supervised release)]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.    (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on <u>illegal status in U.S.</u>

and/or

B.  (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: <u>Underlying criminal conduct.</u>

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 2/10/14

<u>Carla M Woehrle</u>
CARLA M. WOEHRLE
UNITES STATES MAGISTRATE JUDGE